UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY,<br><br>　　　　　　　Plaintiff<br><br>　v.<br><br>CHARLES DANIELS et al.,<br><br>　　　　　　　Defendants | Case No. 3:20-cv-00055-MMD-CLB<br><br>ORDER |

A settlement conference is set for July 28, 2020 (ECF No. 16). Therefore, the Court extends the stay until Thursday, July 30, 2020. The status report is also due on that date. During this stay period and until the Court lifts the stay, no other pleadings or papers may be filed in this case, and the parties may not engage in any discovery, nor are the parties required to respond to any paper filed in violation of the stay unless specifically ordered by the Court to do so.

For the foregoing reasons, it is ordered that the stay is extended until Thursday, July 30, 2020.

It is further ordered that the Office of the Attorney General will file the report form regarding the results of the stay on Thursday, July 30, 2020.

DATED THIS 15th day of June 2020.

_____
UNITED STATES MAGISTRATE JUDGE