1  AARON D. FORD
   Attorney General
2  DOUGLAS R. RANDS, Bar No. 3572
   Senior Deputy Attorney General
3  State of Nevada
   Public Safety Division
4  100 N. Carson Street
   Carson City, Nevada 89701-4717
5  Tel: (775) 684-1150
   E-mail: drands@ag.nv.gov

*Attorneys for Defendant
Isidro Baca, Charles Daniels,
Michael Minev, Danielle Richard
and Benjamin Seljestad*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| WILLIAM BERRY, | Case No. 3:20-cv-00055-MMD-CLB |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| CHARLES DANIELS, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between William Berry, and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate and agree, based upon the agreement to settle between the parties, that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear his own costs.

///
///
///
///
///
///
///
///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between parties. Each party will bear its own attorney's fees and costs.

DATED this 30 day of July, 2020.  DATED this 4 day of Aug, 2020

_____  
WILLIAM BERRY  
*Plaintiff*

AARON D. FORD  
Attorney General

By: _____  
DOUGLAS R. RANDS, Bar No. 3572  
Senior Deputy Attorney General  
*Attorneys for Defendants*

IT IS SO ORDERED.

_____  
U.S. DISTRICT JUDGE

DATED:  August 5, 2020

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 4th day of August, 2020, I caused a copy of the foregoing, **STIPULATION AND ORDER FOR DISSMISSAL WITJH PREJUDICE** to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

William Berry, #23739
c/o NNCC Law Librarian
Northern Nevada Correctional Center
P.O. Box 7000
Carson City, NV 89702
lawlibrary@doc.nv.gov

*[signature]*

An employee of the Office
of the Attorney General

3